PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| XAVIER BASURTO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:20-CV-02064-EFB<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Xavier Basurto [Plaintiff] be awarded attorney fees and expenses in the amount of four hundred fifteen dollars and fifty-six cents ($415.56) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel Jesse Kaplan (counsel) in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of [Plaintiff]'s assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will

1  depend on whether the fees are subject to any offset allowed under the United States Department
2  of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will
3  determine whether they are subject to any offset.
4       Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
5  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
6  expenses and costs to be made directly to counsel, pursuant to the assignment executed by
7  Plaintiff.  Any payments made shall be delivered to counsel.
8       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
10 EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
11 bar to, any and all claims that Plaintiff and/or counsel including [counsel's firm] may have
12 relating to EAJA attorney fees in connection with this action.  This award is without prejudice to
13 the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject
14 to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:  September 30, 2021     /s/ Jesse S. Kaplan  by Chantal R. Jenkins*
                               *As authorized *via* email on September 30, 2021
                               Jesse S. Kaplan
                               Attorney for Plaintiff

/////

/////

/////

/////

/////

/////

Dated:  September 30, 2021

                PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED.

Dated:  October 4, 2021.

_____
UNITED STATES MAGISTRATE JUDGE